## Olive M. Nelson, Appellant, v. Society Nordstjeran, Appellee.

### Gen. No. 23,495. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. CAVERLY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Olive M. Nelson, plaintiff, against Society Nordstjeran, defendant, to recover a death benefit. From a judgment for defendant, plaintiff appeals.

ALFRED A. NORTON and ALBERT G. MILLER, for appellant.

BRECHER & CHINDBLOM, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 905*—*when shown that notice of assessment was duly mailed and received.* Findings of the trial court that notice of an assessment in a beneficial society was duly mailed to and received by a member, *held* sustained by the evidence in an action to recover a death benefit, and to warrant a judgment for defendant under evidence that the by-laws provided for the automatic suspension of a member failing to pay an assessment within the prescribed time and that such assessment was not paid within that time.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.*